TMLF HAWAII LLLC
A Hawaiʻi Limited Liability Law Company

ROBIN MILLER          #  7982
JASON L. COTTON       #10453
1099 Alakea Street, Suite 1500
Honolulu, Hawaiʻi  96813
Telephone: 808-489-9741
Facsimile:  808-489-9835
TMLFHawaii@mtglawfirm.com

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR SC PARK LANE II TRUST 2019-1, | CASE NO. CV 25-00302 JAO-KJM (FORECLOSURE) **DECLARATION OF COUNSEL** |
| Plaintiff, | |
| vs. | |
| PAUL WALLACE; HAWAIIAN PARADISE PARK OWNERS ASSOCIATION; PORTFOLIO RECOVERY ASSOCIATES, LLC; JOHN DOES 1-50; JANE DOES 1-50; DOE PARTNERSHIPS 1-50; DOE CORPORATIONS 1-50; DOE ENTITIES 1-50; AND DOE GOVERNMENTAL UNITS 1-50, | |
| Defendants. | |

127149

## DECLARATION OF COUNSEL

I, Robin Miller, hereby declare that the following is true and correct to the best of my knowledge:

1.    I make this Declaration based on my personal knowledge and my review of the files and pleadings herein, and I am competent to testify about the matters stated in this Declaration.

2.    Attached hereto as Exhibit "17" is a true and correct copy of the Application to Proceed in District Court Without Prepaying Fees or Costs filed herein on August 14, 2025, by Defendant PAUL WALLACE .

3.    All Exhibits attached to this Declaration are incorporated herein by reference.

I DECLARE UNDER PENALTY OF LAW THAT THE ABOVE IS TRUE AND CORRECT.

Respectfully submitted this 12th day of December, 2025.


/s/ *Robin Miller*
ROBIN MILLER